IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THERESA HINKLE., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF UTAH, WEST VALLEY CITY, <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER DENYING SERVICE OF PROCESS** <br><br> Case No.  2:11-CV-01169-DS-EJF <br><br> District Judge David Sam <br><br> Magistrate Judge Evelyn J. Furse |

District Judge David Sam referred this case to Magistrate Judge Evelyn J. Furse pursuant to 28 U.S.C. § 636(b)(1)(A).[1] The Court has before it Theresa Hinkle's ("Plaintiff") pro se motion for service of process.  The Court has carefully reviewed the motion submitted.  For the reasons set forth below, the Court DENIES Plaintiff's motion.

Allowed to proceed *in forma pauperis* pursuant 28 U.S.C. §1915, Ms. Hinkle filed a pro se 42 U.S.C § 1983 action against the State of Utah and West Valley City.[2]  When a case is allowed to proceed under 28 U.S.C. § 1915, the officers of the court are required to" issue and serve all process, and perform all duties" related to service of process.  28 U.S.C. § 1915(d).  Section 1915(e)(2) also provides that the "court shall dismiss the case at any time if the court determines that . . . the action or appeal is frivolous or malicious; fails to state a claim on which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief."  While comprehensible, the Plaintiff's complaint is far from clear.  The Court denies for now Plaintiff's motion for service of process and offers the Plaintiff an opportunity to amend her

---

[1] *See* Dkt. No. 6.
[2] *See* Dkt. No. 3.

complaint.  The Court may fully screen Plaintiff's complaint at its earliest convenience and determine whether to order the complaint to be served upon the Defendants.

SO ORDERED.

DATED this 22nd day of August, 2012.

BY THE COURT:

_____

EVELYN J. FURSE
United States Magistrate Judge